UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GLADWYN EVERTON LOPEZ,

    Plaintiff,

v.                                                  Case No:  2:12-cv-598-JES-SPC

COMMISSIONER OF SOCIAL
SECURITY and SSA,

    Defendants.
_____/

## **ORDER**

        This matter comes before the Court on Plaintiff Gladwyn Everton Lopez's request for judicial review of the Social Security Administration's decision to deny Plaintiff's claim for social security disability benefits.  Plaintiff attempted to request judicial review by giving this Court his Notice of Appeals Council Action letter, record of his proceedings, and confidential information containing his medical records and social security number.  This Court cannot review Plaintiff's request because Plaintiff has failed to file a civil action complaint for judicial review.

        In order for this Court to review Plaintiff's request, Plaintiff must file a civil action complaint with this Court.  The complaint should include the current case number 2:12-cv-598 on the top of the case where the Parties are named, it should name the Commissioner of Social Security as the defendant and should include the Social Security numbers as shown at the top of his Notice of Appeals Council Action letter, dated September 21, 2012.  Plaintiff must deliver copies of his complaint and of the summons issued by the Court to the United States Attorney for the Middle District of Florida, as provided in Rule 4(i) of the Federal Rules of Civil Procedure.

Plaintiff must also send copies of the complaint and summons, by certified or registered mail, to the Social Security Administration's Office of the General Counsel that is responsible for the processing and handling of litigation in the Middle District of Florida. Plaintiff must also send copies of the complaint and summons, by certified or registered mail, to the Attorney General of the United States.

If Plaintiff has any questions, he may call, write, or visit any Social Security office. If Plaintiff does call or visit an office, Plaintiff is requested to have his Notice of Appeals Council Action letter with him. The telephone number of the local office that serves this area is (888) 318-9114. The address is:

> Social Security
> 2650 Colonial Blvd.
> First Floor Suite 101
> Fort Myers, FL 33966-9960

Plaintiff will have thirty (30) days to file a civil action complaint. Plaintiff's failure to do so will result in his file being closed. The Clerk of Court will return Plaintiff's Notice of Appeals Council Action letter, record of his proceedings, and confidential information containing his medical records and social security number to him as it is not a proper complaint and it contains sensitive information.

Accordingly, it is now

**ORDERED:**

Plaintiff Gladwyn Everton Lopez shall have up to and including **February 25, 2013,** to file a proper complaint with this Court under case 2:12-cv-598.

(1) Plaintiff must serve the following:

> (a) Assistant United States Attorney
>     John F. Rudy, III,

       United States Attorney's Office
       400 N. Tampa St., Suite 3200
       Tampa, Florida 33602

(b) Office of the Regional Chief Counsel, Region IV
    Atlanta Federal Center
    61 Forsyth St., SW, Suite 20T45
    Atlanta, GA 30303-8920

(c) Attorney General of the United States
    Department of Justice,
    950 Pennsylvania Avenue, NW
    Washington, DC 20530

(2) Plaintiff's file will remain open until **February 22, 2013**.

(3) Failure to file within the allotted time will result in Plaintiff's file being closed.

(4) The Clerk of the Court is hereby directed to return Plaintiff's information via United States Postal Service.

**DONE AND ORDERED** at Fort Myers, Florida, this 22nd day of January, 2013.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record